846 A.2d 674

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Donald McALLISTER, Respondent.**

Supreme Court of Pennsylvania.

April 13, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of April 2004, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court based on the decision of this Court in *Commonwealth v. Baker,* 532 Pa. 121, 615 A.2d 23 (1992).